EL PUEBLO, DEMANDANTE Y APELADO, *v.* TACORONTE, ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Aguadilla en causa por infracción del artículo 553 del Código Penal.

No. 1097.—Resuelto en febrero 2, 1917.

Resuelto por los fundamentos de la opinión en el caso 1101, *El Pueblo* v. *Rodríguez,* página 760.

Abogado del apelante: *Sr. José D. Rodríguez.*

Abogado del apelado: *Sr. Salvador Mestre, fiscal.*

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro, Aldrey y Hutchison.